# EXHIBIT A



| Case Information Summary for Case Number |
|:---:|
| **2018-CH-02994** |

Filing Date: 03/06/2018        Case Type: CLASS ACTION

Division: Chancery Division        District: First Municipal

Ad Damnum: $0.00        Calendar: 04

### Party Information

**Plaintiff(s)**        **Attorney(s)**

KURTH KATHRYNE ANNE        KRISLOV ASSOCIATES
LTD

20N WACKER 1300

CHICAGO IL, 60606

(312) 606-0500

**Defendant(s)**    **Defendant Date of Service**    **Attorney(s)**

THE HERTZ
CORPORATION

### Case Activity

Activity Date: 03/06/2018      Participant: KURTH KATHRYNE ANNE

CLASS ACTION COMPLAINT FILED (JURY DEMAND)

Court Fee: 598.00      Attorney: KRISLOV ASSOCIATES LTD

Activity Date: 03/06/2018      Participant: KURTH KATHRYNE ANNE

EXHIBITS FILED

Attorney: KRISLOV ASSOCIATES LTD

Activity Date: 03/06/2018      Participant: THE HERTZ CORPORATION

SUMMONS ISSUED AND RETURNABLE

Activity Date: 03/06/2018      Participant: KURTH KATHRYNE ANNE

CASE ELECTRONICALLY FILED

Attorney: KRISLOV ASSOCIATES LTD

Activity Date: 03/07/2018                    Participant: KURTH KATHRYNE ANNE

CASE SET ON CASE MANAGEMENT CALL

Date: 07/05/2018

Court Time: 0930                              Judge: FLYNN, PETER

Court Room: 2408                              Attorney: KRISLOV ASSOCIATES LTD

Activity Date: 03/08/2018                    Participant: KURTH KATHRYNE ANNE

SUMMONS DELIVERED TO SHERIFF

Activity Date: 03/20/2018                    Participant: THE HERTZ CORPORATION

SUMMONS - RETD P.S.

Date: 03/20/2018

Back to Top

Please note: Neither the Circuit Court of Cook County nor the Clerk of the Circuit Court of Cook County warrants the accuracy, completeness, or the currency of this data. This data is not an official record of the Court or the Clerk and may not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data in our master database.

Start a New Search

 **CT Corporation**

**Service of Process Transmittal**
03/20/2018
CT Log Number 532997261

| | |
|---|---|
| **TO:** | Carolyn Fry<br>The Hertz Corporation<br>8501 Williams Rd<br>Estero, FL 33928-3325 |
| **RE:** | **Process Served in Illinois** |
| **FOR:** | The Hertz Corporation  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | KATHRYNE ANNE KURTH, etc., Pltf. vs. THE HERTZ CORPORATION, Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Exhibit(s), Certificate |
| **COURT/AGENCY:** | Cook County Circuit Court - County Department - Chancery Division, IL<br>Case # 2018CH02994 |
| **NATURE OF ACTION:** | Document stating that this is a class action arising from Defendant's unlawful imposition and collection of a 10 percent "concession fee recovery" charge on car rentals at Locations where Defendant incurs no concession fee |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/20/2018 at 10:30 |
| **JURISDICTION SERVED :** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service of this Summons, not counting the day of service |
| **ATTORNEY(S) / SENDER(S):** | Clinton A. Krislov<br>KRISLOV & ASSOCIATES, LTD<br>20 North Wacker Drive, Suite 1300<br>Chicago, IL 60606<br>312-606-0500 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/21/2018, Expected Purge Date: 03/26/2018<br><br>Image SOP<br><br>Email Notification,  Carolyn Fry  cfry@hertz.com<br><br>Email Notification,  Bianca Giavazzi  bianca.giavazzi@hertz.com |
| **SIGNED:**<br>**ADDRESS:**<br><br><br>**TELEPHONE:** | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604<br>312-345-4336 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**Summons - Alias Summons**                                          (12/31/15) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

KATHRYNE ANNE KURTH

v.

THE HERTZ CORPORATION

No. 2018-CH-02994

Defendant Address:
THE HERTZ CORPORATION
R/A C T CORPORATION SYSTEM
208 SOUTH LASALLE STREET
SUITE 814
CHICAGO, IL 60604

☑ SUMMONS ☐ ALIAS - SUMMONS

To each defendant:

   YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room 802 _____ ,Chicago, Illinois 60602

☐ District 2 - Skokie          ☐ District 3 - Rolling Meadows        ☐ District 4 - Maywood
   5600 Old Orchard Rd.           2121 Euclid 1500                      Maybrook Ave.
   Skokie, IL 60077               Rolling Meadows, IL 60008             Maywood, IL 60153

☐ District 5 - Bridgeview       ☐ District 6 - Markham                ☐ Richard J. Daley Center
   10220 S. 76th Ave.             16501 S. Kedzie Pkwy.                 50 W. Washington, LL-01
   Bridgeview, IL 60455          Markham, IL 60428                     Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☑ Atty. No.: 91198

Name: KRISLOV ASSOCIATES LTD

Atty. for: KATHRYNE ANNE KURTH

Address: 20N WACKER 1300

City/State/Zip Code: CHICAGO, IL 60606

Telephone: (312) 606-0500

Primary Email Address: chris@krislovlaw.com

Secondary Email Address(es):

Witness: Tuesday, 06 March 2018

/s DOROTHY BROWN

DOROTHY BROWN, Clerk of Court

Date of Service: _____

(To be inserted by officer on copy left with Defendant or other person)

**Service by Facsimile Transmission will be accepted at:

_____

(Area Code)   (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**Page 1 of 1**



**DIE DATE**
04/03/2018

**DOC.TYPE:** CHANCERY
**CASE NUMBER:** 18CH02994
**DEFENDANT**
THE HERTZ CORPORATION
208 S LA SALLE ST
CHICAGO, IL 60604
STE 814

**SERVICE INF**
RM 802 CT (

**ATTACHED**

Summons - Alias Summons                                                    (12/31/15) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

KATHRYNE ANNE KURTH

v.

THE HERTZ CORPORATION

No. 2018-CH-02994

Defendant Address:
THE HERTZ CORPORATION
R/A C T CORPORATION SYSTEM
208 SOUTH LASALLE STREET
SUITE 814
CHICAGO, IL 60604

☑ SUMMONS ☐ ALIAS - SUMMONS

To each defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room 802 _____ ,Chicago, Illinois 60602

☐ District 2 - Skokie
  5600 Old Orchard Rd.
  Skokie, IL 60077

☐ District 3 - Rolling Meadows
  2121 Euclid 1500
  Rolling Meadows, IL 60008

☐ District 4 - Maywood
  Maybrook Ave.
  Maywood, IL 60153

☐ District 5 - Bridgeview
  10220 S. 76th Ave.
  Bridgeview, IL 60455

☐ District 6 - Markham
  16501 S. Kedzie Pkwy.
  Markham, IL 60428

☐ Richard J. Daley Center
  50 W. Washington, LL-01
  Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☑ Atty. No.: 91198

Name: KRISLOV ASSOCIATES LTD

Atty. for: KATHRYNE ANNE KURTH

Address: 20N WACKER 1300

City/State/Zip Code: CHICAGO, IL 60606

Telephone: (312) 606-0500

Primary Email Address: chris@krislovlaw.com

Secondary Email Address(es):

Witness: Tuesday, 06 N... DOROTHY BROWN
                          CLERK OF THE CIRCUIT COURT

/s DOROTHY BROWN

DOROTHY BROWN, Clerk of Court

Date of Service:

(To be inserted by officer on copy left with Defendant or other person)

**Service by Facsimile Transmission will be accepted at:

(Area Code)    (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**Page 1 of 1**

**DIE DATE**
**04/03/2018**

**DOC.TYPE:** CHANCERY
**CASE NUMBER:** 18CH02994
**DEFENDANT**
THE HERTZ CORPORATION
208 S LA SALLE ST
CHICAGO, IL 60604
STE 814

**SERVICE INF**
RM 802 CT C

**ATTACHED**

ELECTRONICALLY FILED
3/6/2018 5:26 PM
2018-CH-02994
CALENDAR: 04
PAGE 1 of 13
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
CHANCERY DIVISION
CLERK DOROTHY BROWN

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION**

| | |
|---|---|
| KATHRYNE ANNE KURTH, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br>v.<br><br>THE HERTZ CORPORATION,<br><br>Defendant. | No. _____<br><br>CLASS ACTION COMPLAINT<br><br>JURY TRIAL DEMANDED |

## CLASS ACTION COMPLAINT

Plaintiff Kathryne Anne Kurth ("Plaintiff"), for herself and for all others similarly situated, by and through her attorneys, Krislov & Associates, Ltd., brings this class action against Defendant The Hertz Corporation ("Defendant"), and in support thereof, upon personal knowledge as to herself and upon information and belief as to all other matters, alleges the following:

### I. NATURE OF THE ACTION

1.      This is a class action arising from Defendant's unlawful imposition and collection of a 10 percent "concession fee recovery" charge on car rentals at locations where Defendant incurs no concession fee. This deceptive charge violates the consumer fraud laws of Illinois and other states and has resulted in Defendant's unjust enrichment.

### II. JURISDICTION AND VENUE

2.      This Court has jurisdiction under the Illinois Code of Civil Procedure, 735 ILCS 5/2-209(a)(1), because Defendant transacts business within this state.

3.      Venue is proper in this county under the Illinois Code of Civil Procedure, 735 ILCS 5/2-101, as it is the county in which the transaction or some part thereof occurred out of which the cause of action arose.

## III.  PARTIES

4.      Plaintiff Kathryne Anne Kurth is a citizen of the State of Illinois and resides in Chicago. She rented cars from Defendant's corporate location in downtown Chicago on at least four separate occasions in 2017 and 2018; each time she was charged a 10 percent "concession fee recovery" charge.

5.      Defendant The Hertz Corporation is a Delaware corporation headquartered in Estero, Florida. Defendant operates the Hertz, Dollar and Thrifty car rental brands with approximately 9,700 corporate and franchisee locations around the world. Defendant's registered agent in Illinois is C T Corporation System, 208 South LaSalle Street, Suite 814, Chicago, Illinois 60604.

## IV.  FACTUAL ALLEGATIONS

6.      Defendant operates a corporate-owned rental facility at 401 North State Street, Chicago, Illinois ("State Street location"). The location is 16 miles from O'Hare International Airport and 13 miles from Chicago Midway International Airport.

7.      On December 8, 2017, Plaintiff rented a car from Defendant's State Street location. The base rate for the three-day rental was $87.52. Defendant added to that a "Concession Fee Recovery" charge of $8.75. *See* Dec. 11, 2017 Hertz Charge Detail, attached hereto as Ex. A.

8.      On January 18, 2018, Plaintiff rented a car from Defendant's State Street location. The base rate for the one-day rental was $20.20. Defendant added to that a

ELECTRONICALLY FILED
3/6/2018 5:26 PM
2018-CH-02994
PAGE 2 of 13

2

"Concession Fee Recovery" charge of $2.02. *See* Jan. 19, 2018 Hertz Charge Detail, attached hereto as Ex. B.

9. On January 19, 2018, Plaintiff rented a car from Defendant's State Street location. The base rate for the three-day rental was $52.76. Defendant added to that a "Concession Fee Recovery" charge of $5.28. *See* Jan. 23, 2018 Hertz Charge Detail, attached hereto as Ex. C.

10. On February 21, 2018, Plaintiff rented a car from Defendant's State Street location. The base rate for the two-week rental was $245.02. Defendant added to that a "Concession Fee Recovery" charge of $24.50. *See* Feb. 21, 2018 Hertz Charge Detail, attached hereto as Ex. D.

11. On its website, Hertz defines a concession fee recovery charge as a "fee to reimburse Hertz for concession/commission fees paid to the airport (hotel, train station, base or agent) for each rental." *See* https://www.hertz.com/rentacar/reservation/reviewmodifycancel/templates/rentalTerms.js p?KEYWORD=FEES&EOAG=LAX, last visited March 2, 2018.

12. Defendant's State Street location is not at an airport or other such facility where Defendant would incur a concession fee.

## V. CLASS ACTION ALLEGATIONS

13. Plaintiff brings this action individually and as a class action[1] pursuant to 735 ILCS 5/2-801 *et seq.*, on behalf of the following class:

> All individuals who paid a "concession fee recovery" charge at a Hertz, Dollar or Thrifty car rental facility where The Hertz Corporation incurs no concession fee.

---

[1] *See* Plaintiff's Motion for Class Certification, attached hereto as Ex. E.

3

ELECTRONICALLY FILED
3/6/2018 5:26 PM
2018-CH-02994
PAGE 3 of 13

Excluded from the class are Defendant; the officers, directors and employees of Defendant; any entity in which Defendant has a controlling interest; the affiliates, legal representatives, attorneys, heirs, and assigns of Defendant; any judge, justice or judicial officer presiding over this matter and the members of their immediate families and judicial staffs.

14.    **Numerosity**.  Upon information and belief, the members of the class are so numerous that their individual joinder would be impracticable.

15.    **Commonality**.  There are numerous questions of law and fact that are common to Plaintiff and all members of the class, including, but not limited to the following:

ELECTRONICALLY FILED
3/6/2018 5:26 PM
2018-CH-02994
PAGE 4 of 13

    a)  Whether Defendant charged its customers for a "concession fee recovery" at rental locations where it incurs no concession fee;

    b)  Whether Defendant has thereby actionably violated the consumer fraud laws of Illinois and other states, and potentially (by using the interstate wires to collect unlawful charges) federal laws as well;

    c)  whether Defendant has been unjustly enriched;

    d)  whether Plaintiff and class members have suffered damages; and

    e)  whether Plaintiff and class members are entitled to equitable relief.

16.    **Typicality**.  Plaintiff is a member of the class and has claims that are typical of all members of the class.  Plaintiff's claims and all class members' claims arise out of the same uniform course of conduct by Defendant and may be remedied under the same legal theories.

17.    **Adequacy**.  Plaintiff will fairly and adequately represent the interests of the members of the class.  Plaintiff has no conflicts of interest with, or interests that are

4

any different from, those of the other class members. Plaintiff has retained competent counsel experienced in consumer class actions of this type and other complex litigation.

18.     **Predominance**. Common questions of law and fact predominate over questions affecting only individual class members, and the court, as well as the parties, will spend the vast majority of their time working to resolve these common issues.

19.     **Superiority**. A class action is superior to all other feasible alternatives for the resolution of this matter. Individual litigation of multiple cases would be highly inefficient, a gross waste of the resources of the court and of the parties, and potentially could lead to inconsistent results that would be contrary to the interests of justice.

20.     **Manageability**. This case is well suited for treatment as a class action and can easily be managed as a class action, because evidence of both liability and damages can be adduced, and proof of liability and damages can be presented, on a class-wide basis, while the allocation and distribution of damages to class members would be essentially a ministerial function.

21.     Defendant has acted on grounds generally applicable to Plaintiff and class members by uniformly, unlawfully collecting money from them. Accordingly, injunctive relief, as well as legal and/or equitable monetary relief (such as disgorgement and/or restitution), along with corresponding declaratory relief, are appropriate with respect to the class as a whole.

ELECTRONICALLY FILED
3/6/2018 5:26 PM
2018-CH-02994
PAGE 5 of 13

5

## VI. CAUSES OF ACTION

**COUNT I**
**Violation of the Illinois Consumer Fraud and Deceptive Business Practices Act**
**815 ILCS 505/1 *et seq.***
**(For Rentals in Illinois)**

ELECTRONICALLY FILED
3/6/2018 5:26 PM
2018-CH-02994
PAGE 6 of 13

22.    Plaintiff incorporates the allegations in the previous paragraphs of this Complaint as if fully set forth herein.

23.    At all times relevant hereto, the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1 et seq. ("ICFA") was in full force and effect.

24.    ICFA is a regulatory and remedial statute intended to protect consumers, including Plaintiff and the class, against unfair or deceptive acts or practices. Specifically, Chapter 2 of the ICFA prohibits unfair or deceptive acts or practices used or employed in the conduct of any trade or commerce with the intent that others rely upon such deceptive acts or practices. 815 ILCS 505/2.

25.    Section 2 provides, in full:

> Unfair methods of competition and unfair or deceptive acts or practices, including but not limited to the use or employment of any deception, fraud, false pretense, false promise, misrepresentation or the concealment, suppression or omission of any material fact, with intent that others rely upon the concealment, suppression or omission of such material fact, or the use or employment of any practice described in Section 2 of the "Uniform Deceptive Trade Practices Act" approved August 5, 1965, in the conduct of any trade or commerce are hereby declared unlawful whether any person has in fact been misled, deceived or damaged thereby. In construing this section, consideration shall be given to the interpretations of the Federal Trade Commission and the federal courts relating to Section 5(a) of the Federal Trade Commission Act.

815 ILCS 505/2.

6

ELECTRONICALLY FILED
3/6/2018 5:26 PM
2018-CH-02994
PAGE 7 of 13

26.     Charging customers for a "Concession Fee Recovery" where Defendant has incurred no concession fee constitutes an unfair and/or deceptive act or practice prohibited by Chapter 2 of the ICFA. 815 ILCS 505/2.

27.     Defendant intended that Plaintiff and the class rely on its deceptive acts and practices as alleged in detail *supra*.

28.     Defendant's intent that Plaintiff and the class rely on its deceptive acts and practices is evidenced by, *inter alia*, its pattern, practice and policy of uniformly imposing and collecting a "concession fee recovery" charge at locations where it does not incur a concession.

29.     The above-described unfair or deceptive acts and practices occurred in the course of conduct involving trade or commerce, namely, the rental of cars in Chicago.

30.     Defendant's business acts or practices therefore offend an established public policy, and Defendant engaged in immoral, unethical, oppressive, and unscrupulous activities that are substantially injurious to consumers, as alleged in detail previously, and therefore Defendant's actions are unfair or deceptive acts or practices prohibited by 815 ILCS 505/2.

31.     The unfair acts and practices alleged herein proximately caused actual damage to Plaintiff and the class, including, but not limited to, the actual amounts they were unlawfully overcharged for Defendant's concession fee recovery, plus sales tax charged thereon.

32.     Plaintiff and the other members of the class have suffered injury in fact and have lost money as a result of these unlawful, unfair, and fraudulent practices.

7

<u>**COUNT II**</u>
**Alternative Count for Violations of State Consumer Protection Laws**
**(On Behalf of the Class for Rentals in States other than Illinois)**

33.    Plaintiff incorporates the allegations in the previous paragraphs of this

Complaint as if fully set forth herein.

34.    Plaintiff brings this claim in the alternative, individually, on behalf of all

similarly situated residents of the states in which they contracted with Defendant, for

violations of the consumer protection acts of those states.

35.    All of the states where members of the class and Defendant contracted

have enacted statutes designed to protect consumers against unfair, deceptive, fraudulent

and unconscionable trade and business practices and false advertising.  These statutes are:

ELECTRONICALLY FILED
3/6/2018 5:26 PM
2018-CH-02994
PAGE 8 of 13

    a)  Alabama Deceptive Trade Practices Act, Ala. Statues Ann. §§ 8-19-1, *et seq.;*

    b)  Arizona Consumer Fraud Act, Arizona Revised Statutes, §§ 44-1521, *et. seq.;*

    c)  Arkansas Deceptive Trade Practices Act, Ark. Code § 4-88-101, *et seq.;*

    d)  California Consumer Legal Remedies Act, Cal. Civ. Code § 1750, *et seq.;*

    e)  California Unfair Competition Law, Cal. Bus. & Prof Code § 17200, *et seq.;*

    f)  Colorado Consumer Protection Act, Colo. Rev. Stat. § 6-1-101, *et seq.;*

    g)  Connecticut Unfair Trade Practices Act, Conn. Gen. Stat § 42-110a, *et seq.;*

    h)  Delaware Deceptive Trade Practices Act, 6 Del. Code § 2511, *et seq.;*

    i)  Florida Deceptive and Unfair Trade Practices Act, Fla. Stat. Ann. § 501.201, *et seq.;*

    j)  Georgia Fair Business Practices Act, § 10-1-390 *et seq.;*

    k)  Idaho Consumer Protection Act, Idaho Code § 48-601, *et seq.;*

8

ELECTRONICALLY FILED
3/6/2018 5:26 PM
2018-CH-02994
PAGE 9 of 13

l)  Indiana Deceptive Consumer Sales Act, Indiana Code Ann. §§ 24-5-0:5-0.1, *et seq.;*

m)  Iowa Consumer Fraud Act, Iowa Code §§ 714.16, *et seq.;*

n)  Kansas Consumer Protection Act, Kan. Stat. Ann §§ 50 626, *et seq.;*

o)  Kentucky Consumer Protection Act, Ky. Rev. Stat. Ann. §§ 367.110, *et seq.;*

p)  Kentucky Unfair Trade Practices Act, Ky. Rev. Stat. Ann §§ 365.020, *et seq.;*

q)  Maryland Consumer Protection Act, Md. Com. Law Code § 13-101, *et seq.;*

r)  Michigan Consumer Protection Act, §§ 445.901, *et seq.;*

s)  Minnesota Prevention of Consumer Fraud Act, Minn. Stat. §§ 325F.68, *et seq.;*

t)  Minnesota Uniform Deceptive Trade Practices Act, Minn. Stat. § 325D.43, *et seq.;*

u)  Missouri Merchandising Practices Act, Mo. Rev. Stat. § 407.010, *et seq.;*

v)  Nebraska Consumer Protection Act, Neb. Rev. Stat. § 59 1601, *et seq.;*

w)  Nebraska Uniform Deceptive Trade Practices Act, Neb. Rev. Stat. § 87-301, *et seq.;*

x)  Nevada Trade Regulation and Practices Act, Nev. Rev. Stat. §§ 598.0903, *et seq.;*

y)  New Jersey Consumer Fraud Act, N.J. Stat. Ann. §§ 56:8 1, *et seq.;*

z)  New Mexico Unfair Practices Act, N.M. Stat. Ann.§§ 57 12 1, *et seq.;*

aa) New York Deceptive Acts and Practices Act, N.Y. Gen. Bus. Law§ § 349, *et seq.;*

bb) North Carolina Unfair and Deceptive Trade Practices Act, North Carolina General Statutes §§ 75-1, *et seq.;*

cc) North Dakota Consumer Fraud Act, N.D. Cent. Code §§ 51 15 01, *et seq.;*

dd) Ohio Deceptive Trade Practices Act, Ohio Rev. Code. Ann. §§ 4165.01. *et seq.;*

ee) Oklahoma Consumer Protection Act, Okla. Stat. 15 § 751, *et seq.;*

ff) Oregon Unfair Trade Practices Act, Rev. Stat § 646.605, *et seq.;*

gg) Pennsylvania Unfair Trade Practices and Consumer Protection Law, 73 Penn. Stat. Ann. §§ 201-1, *et seq.;*

hh) South Carolina Unfair Trade Practices Act, S.C. Code Laws § 39-5-10, *et seq.;*

ii) South Dakota Deceptive Trade Practices and Consumer Protection Law, S.D. Codified Laws §§ 37 24 1, *et seq.;*

jj) Tennessee Trade Practices Act, Tennessee Code Annotated §§ 47-25-101, *et seq.;*

kk) Texas Deceptive Trade Practices-Consumer Protection Act, Texas Stat. Ann. §§ 17.41, *et seq.,*;

ll) Virginia Consumer Protection Act, Virginia Code Ann. §§ 59.1-196, *et seq.;*

mm) Washington Consumer Fraud Act, Wash. Rev. Code § 19.86.010, *et seq.;*

nn) Wisconsin Deceptive Trade Practices Act, Wis. Stat. §§ 100.18, *et seq.*

ELECTRONICALLY FILED
3/6/2018 5:26 PM
2018-CH-02994
PAGE 10 of 13

36.     The cars rented by Defendant constitute products to which these consumer protection laws apply.

37.     Defendant's misrepresentations and omissions, and Defendant's dissemination of deceptive and misleading advertising and marketing materials in connection therewith, occurring in the course of conduct involving trade or commerce, constitute unfair methods of competition and unfair or deceptive acts or practices within the meaning of each of the above-enumerated statutes.

38.     Defendant's misrepresentations and omissions created a likelihood of confusion or of misunderstanding and misled, deceived or damaged members of the class in connection with the sale or advertisement for rental cars. Defendant's conduct also constituted the use or employment of deception, fraud, false pretenses, false promise, misrepresentation, or knowingly concealing, suppressing, or omitting a material fact with intent that others rely upon the concealment, suppression or omission in connection with the sale or advertisement of goods or services whether or not a person has in fact been misled, deceived or damaged in violation of each of the above-enumerated statutes.

39.     Plaintiff, on behalf of the class members, seeks monetary damages, treble damages and such other and further relief as set forth in each of the above-enumerated statutes.

ELECTRONICALLY FILED
3/6/2018 5:26 PM
2018-CH-02994
PAGE 11 of 13

## COUNT II
### Unjust Enrichment
### (For Rentals in all States)

40.     Plaintiff incorporates the allegations in the previous paragraphs of this Complaint as if fully set forth herein.

41.     Defendant has been enriched and has benefitted from its unlawful collection of "concession fee recovery" charges at locations where it incurs no concession fee.

42.     As a result of this unlawful conduct, Defendant has been unjustly enriched at the expense of Plaintiff and members of the class she seeks to represent.

43.     It would be inequitable and unconscionable for Defendant to retain the profit, benefit and other compensation it obtained from the unlawful conduct described herein.

11

## VII. JURY DEMAND

44.  Plaintiff and members of the class request a jury trial.

## VIII. PRAYER FOR RELIEF

45.  Plaintiff, for herself and for all members of the class, respectfully requests

that this Court:

a)  Certify the class as requested herein, appoint Plaintiff as Class Representative and her selection of counsel as Class Counsel, and order class-wide relief;

b)  Adjudge and decree that Defendant has engaged in the conduct alleged herein;

c)  Enjoin and restrain Defendant and its officers and agents from continuing or engaging in similar conduct as alleged herein;

d)  Order that Defendant pay restitution to Plaintiff and the class which would restore Plaintiff and the class to the financial position they would have been in absent Defendant's unlawful conduct;

e)  Order that Defendant pay any statutory damages as a result of its unlawful conduct;

f)  Order that Defendant pay any compensatory damages as a result of its unlawful conduct;

g)  Order that Defendant pay punitive damages as a result of its unlawful conduct;

h)  Order that Defendant pay interest on the monies wrongfully obtained from the date of collection through the date of entry of judgment in this action;

i)  Order Defendant to identify victims of its unlawful conduct;

j)  Order that Defendant is financially responsible for notifying all members of the class of the unlawful conduct set forth herein;

k)  Award attorneys' fees, expenses, and recoverable costs reasonably incurred in connection with the commencement and prosecution of this action; and

l)  Grant all other such relief as the Court deems necessary and proper.

ELECTRONICALLY FILED
3/6/2018 5:26 PM
2018-CH-02994
PAGE 12 of 13

Dated: March 6, 2018                  Respectfully submitted,

By: /s/ Clinton A. Krislov
*Attorney for Plaintiff*

Clinton A. Krislov
Kenneth T. Goldstein
Christopher M. Hack
KRISLOV & ASSOCIATES, LTD
20 North Wacker Drive, Suite 1300
Chicago, Illinois 60606
(312) 606-0500
Firm ID: 91198

ELECTRONICALLY FILED
3/6/2018 5:26 PM
2018-CH-02994
PAGE 13 of 13

13

ELECTRONICALLY FILED
3/6/2018 5:26 PM
2018-CH-02994
CALENDAR: 04
PAGE 1 of 13
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
CHANCERY DIVISION
CLERK DOROTHY BROWN

# EXHIBIT A

THE HERTZ CORPORATION
Phone:     800-654-4173
Web:       www.hertz.com

**Hertz**
CHARGE DETAIL

| Rental Agreement No: | 165119566 |
|---|---|
| Date: | 12/11/2017 |
| Document: | 947002744821 |

Direct All Inquiries To:
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120

Renter:           KATHRYNE KURTH
Account No.:      ************
CDP No.:          2007815
CDP Name:         HERTZ FIFTY PLUS

MS KATHRYNE ANNE KURTH

ELECTRONICALLY FILED
3/6/2018 5:26 PM
2018-CH-02994
PAGE 2 of 13

## RENTAL REFERENCE
Rental Agreement No: 165119566
Reservation ID:      H50809424F1
Frequent Traveler:   ZS1

## RENTAL DETAILS
| Rate Plan: | IN: OAUE3 | OUT: OAUE3 |
|---|---|---|
| Rented On: | 12/08/2017 11:00 | LOC# 220412 |
| | CHICAGO DT, IL | |
| Returned On: | 12/11/2017 11:35 | LOC# 220412 |
| | CHICAGO DT, IL | |

Car Description:     SIR CRUZE 4D FN  DHW9104
Veh. No.:            9641382

| CAR CLASS Charged: | C | MILEAGE | In: 12,556 |
|---|---|---|---|
| Rented: | C | | Out: 12,466 |
| Reserved: | C | | Driven:   90 |

## MISCELLANEOUS INFORMATION
CC AUTH:  086990   DATE: 2017/12/08  AMT:  309.00

## RENTAL CHARGES
| DAYS | 3 @ | 37.40 | 112.20 |
|---|---|---|---|
| EXTRA HRS | 1 @ | 12.72 | 12.72 |
| ADJUSTMENT | | | -37.40 |
| SUBTOTAL | | | 87.52 |
| CONCESSION FEE RECOVERY | | | 8.75 |
| VEHICLE LICENSE FEE | | | 5.40 |
| ENERGY SURCHARGE | | | 1.49 |
| MOTOR VEHICLE LEASE TAX | | | 2.75 |
| TAX | | 21.00% | 21.35 |

## Gold Plus Rewards Points
Earned this rental:    363

TOTAL CHARGES                         127.26 USD

E-RETURN RECEIPT

THANK YOU FOR RENTING FROM HERTZ

---

ALL CHARGES HAVE BEEN BILLED TO YOUR ACCOUNT.

| Rental Agreement No: | 165119566 |
|---|---|
| Date: | 12/11/2017 |
| Document: | 947002744821 |

Direct All Inquiries To:
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120
UNITED STATES

Renter:         KATHRYNE KURTH
Account No.:    ************

Phone:     800-654-4173
Web:       www.hertz.com

CCH1AM       6080 GC

TOTAL CHARGES                    127.26 USD

# EXHIBIT B

ELECTRONICALLY FILED
3/6/2018 5:26 PM
2018-CH-02994
PAGE 3 of 13

THE HERTZ CORPORATION
Phone:       800-654-4173
Web:         www.hertz.com



CHARGE DETAIL

| Rental Agreement No: | 187406682 |
| Date: | 01/19/2018 |
| Document: | 918000114384 |

Direct All Inquiries To:
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120

Renter:        KATHRYNE KURTH
Account No.:   ***********
CDP No.:       20
CDP Name:      AAA CHICAGO MOTOR CLUB

MS KATHRYNE ANNE KURTH

RENTAL REFERENCE
Rental Agreement No: 187406682
Reservation ID:      H5492124344
Frequent Traveler:   ZE1

MISCELLANEOUS INFORMATION
CC AUTH: 01074B  DATE: 2018/01/18  AMT: 231.00

ELECTRONICALLY FILED
3/6/2018 5:26 PM
2018-CH-02994
PAGE 2 of 13

Gold Plus Rewards Points
Earned this rental:   38

RENTAL DETAILS
Rate Plan:      IN: OAUD1    OUT: OAUD1
Rented On:      01/18/2018 07:57  LOC# 220412
                CHICAGO DT, IL
Returned On:    01/18/2018 16:51  LOC# 220412
                CHICAGO DT, IL
Car Description: ALTIMA HQC802
Veh. No.:        1562925
CAR CLASS Charged: B      MILEAGE    In: 42,348
          Rented:  P                 Out: 42,248
          Reserved: B               Driven:   100

RENTAL CHARGES
| DAYS | 1 @ | 22.44 | 22.44 |
|---|---|---|---|
| SUBTOTAL | | | 22.44 |
| DISCOUNT | | 10.00% | -2.24 |
| SUBTOTAL | | | 20.20 |
| | | | |
| FUEL PURCHASE OPTION | | | 17.61 |
| CONCESSION FEE RECOVERY | | | 2.02 |
| VEHICLE LICENSE FEE | | | 1.35 |
| MOTOR VEHICLE LEASE TAX | | | 2.75 |
| TAX | | 21.00% | 4.94 |

TOTAL CHARGES                    48.87 USD

E-RETURN RECEIPT

THANK YOU FOR RENTING FROM HERTZ

ALL CHARGES HAVE BEEN BILLED TO YOUR ACCOUNT.

| Rental Agreement No: | 187406682 |
| Date: | 01/19/2018 |
| Document: | 918000114384 |

Direct All Inquiries To:
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120
UNITED STATES

Renter:        KATHRYNE KURTH
Account No.:   ***********

Phone:       800-654-4173
Web:         www.hertz.com

GC4I4M         0090 GC

TOTAL CHARGES                    48.87 USD

# EXHIBIT C

ELECTRONICALLY FILED
3/6/2018 5:26 PM
2018-CH-02994
PAGE 5 of 13

THE HERTZ CORPORATION
Phone:      800-654-4173
Web:        www.hertz.com



CHARGE DETAIL

Rental Agreement No: 188496280
Date:                 01/23/2018
Document:             908000142057

Direct All Inquiries To:
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120

Renter:        KATHRYNE KURTH
Account No.:   ************
CDP No.:       20
CDP Name:      AAA CHICAGO MOTOR CLUB

MS KATHRYNE ANNE KURTH

## RENTAL REFERENCE

Rental Agreement No: 188496280
Reservation ID:      H54912492E9
Frequent Traveler:   ZE1

## RENTAL DETAILS

Rate Plan:    IN: AAAE     OUT: AAAE
Rented On:    01/19/2018 19:16  LOC# 220412
              CHICAGO DT, IL
Returned On:  01/22/2018 18:20  LOC# 220412
              CHICAGO DT, IL
Car Description:   SIR ROGUE FWD N  JMN5171
Veh. No.:          2498129
CAR CLASS Charged:  B        MILEAGE  In: 30,819
          Rented:   B4                Out: 30,587
          Reserved: B                 Driven: 232

## MISCELLANEOUS INFORMATION

CC AUTH:  G03179  DATE: 2018/01/19  AMT:  253.00

## RENTAL CHARGES

| | | |
|---|---|---|
| DAYS | 3 @ 19.54 | 58.62 |
| SUBTOTAL | | 58.62 |
| DISCOUNT | 10.00% | -5.86 |
| SUBTOTAL | | 52.76 |
| CONCESSION FEE RECOVERY | | 5.28 |
| VEHICLE LICENSE FEE | | 4.05 |
| RETURN CHANGE FEE | | 10.00 |
| MOTOR VEHICLE LEASE TAX | | 2.75 |
| TAX | 21.00% | 15.14 |
| TOTAL CHARGES | | 89.98 USD |

## Gold Plus Rewards Points

Earned this rental:    333

ELECTRONICALLY FILED
3/6/2018 5:26 PM
2018-CH-02994
PAGE 6 of 13

E-RETURN RECEIPT

THANK YOU FOR RENTING FROM HERTZ

---

ALL CHARGES HAVE BEEN BILLED TO YOUR ACCOUNT.

Direct All Inquiries To:
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120
UNITED STATES

Rental Agreement No: 188496280
Date:                 01/23/2018
Document:             908000142057

Renter:        KATHRYNE KURTH
Account No.:   ************

Phone:      800-654-4173
Web:        www.hertz.com

GCM1A4        0090 GC

TOTAL CHARGES                    89.98 USD

# EXHIBIT D

ELECTRONICALLY FILED
3/6/2018 5:26 PM
2018-CH-02994
PAGE 7 of 13



THE HERTZ CORPORATION
Phone:       800-654-4173
Web:         www.hertz.com

**CHARGE DETAIL**

| Rental Agreement No: | 199574491 |
|---|---|
| Date: | 02/21/2018 |
| Document: | 948000352394 |

Direct All Inquiries To:
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120

Rentor:        KATHRYNE KURTH
Account No.:   ************
CDP No.:       20
CDP Name:      AAA CHICAGO MOTOR CLUB


MS KATHRYNE ANNE KURTH

## RENTAL REFERENCE
Rental Agreement No: 199574491
Reservation ID:      H56931390D0
Frequent Traveler:   UADFJ94486

## RENTAL DETAILS
| | |
|---|---|
| Rate Plan: | IN: AAAW    OUT: AAAW |
| Rented On: | 02/07/2018 08:00 LOC# 220412 |
| | CHICAGO DT, IL |
| Returned On: | 02/21/2018 08:30 LOC# 220412 |
| | CHICAGO DT, IL |
| Car Description: | SIR ACCENT HB N  N443646 |
| Veh. No.: | 1873369 |

CAR CLASS Charged: B          MILEAGE     In: 15,012
          Rented:  B                      Out: 13,872
          Reserved: B                     Driven:  1,140

## MISCELLANEOUS INFORMATION
CC AUTH: 007658 DATE: 2010/02/07 AMT:  354.00
CC AUTH: 014998 DATE: 2018/02/14 AMT:  210.00

## RENTAL CHARGES
| | | | |
|---|---|---|---|
| WEEKS | 2 @ | 151.06 | 302.12 |
| EXTRA HRS | 1 @ | 10.12 | 10.12 |
| ADJUSTMENT | | | -40.00 |
| SUBTOTAL | | | 272.24 |
| DISCOUNT | | 10.00% | -27.22 |
| SUBTOTAL | | | 245.02 |
| | | | |
| CONCESSION FEE RECOVERY | | | 24.50 |
| FF SURCHARGE | | | 10.50 |
| VEHICLE LICENSE FEE | | | 20.25 |
| RETURN CHANGE FEE | | | 10.00 |
| MOTOR VEHICLE LEASE TAX | | | 2.75 |
| TAX | | 21.00% | 65.16 |
| | | | |
| TOTAL CHARGES | | | 378.18 USD |

**E-RETURN RECEIPT**

THANK YOU FOR RENTING FROM HERTZ

---

ALL CHARGES HAVE BEEN BILLED TO YOUR ACCOUNT.

| Rental Agreement No: | 199574491 |
|---|---|
| Date: | 02/21/2018 |
| Document: | 948000352394 |

Direct All Inquiries To:
THE HERTZ CORPORATION
PO BOX 26120
OKLAHOMA CITY, OK 73126-0120
UNITED STATES

Rentor:        KATHRYNE KURTH
Account No.:   ************

Phone:       800-654-4173
Web:         www.hertz.com

GCNM       0090 QC

| TOTAL CHARGES | 378.18 USD |
|---|---|

# EXHIBIT E

ELECTRONICALLY FILED
3/6/2018 5:26 PM
2018-CH-02994
PAGE 9 of 13

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

| | |
|---|---|
| KATHRYNE ANNE KURTH, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HERTZ CORPORATION,<br><br>Defendant. | No._____<br><br><br><br><br><br>JURY TRIAL DEMANDED |

ELECTRONICALLY FILED
3/6/2018 5:26 PM
2018-CH-02994
PAGE 10 of 13

## PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Plaintiff Kathryne Anne Kurth ("Plaintiff") hereby moves, pursuant to 735 ILCS 5/2-801,

to certify a class consisting of:

> All individuals who paid a "concession fee recovery" charge at a Hertz,
> Dollar or Thrifty car rental facility where The Hertz Corporation incurs no
> concession fee.

1. The Class satisfies all the prerequisites for certification under 735 ILCS 5/2-801.

2. **Numerosity**. Upon information and belief, the members of the class are so

numerous that their individual joinder would be impracticable.

3. **Commonality and Predominance**. There are numerous questions of law and

fact that are common to Plaintiff and all members of the class, including, but not limited to the

following:

> a) Whether Defendant charged its customers for a "concession fee recovery" at
> rental locations where it incurs no concession fee;
>
> b) whether Defendant has thereby violated the consumer fraud laws of Illinois and
> other states and possibly federal laws as well;
>
> c) whether Defendant has been unjustly enriched;
>
> d) whether Plaintiff and class members have suffered damages; and

e) whether Plaintiff and class members are entitled to equitable relief.

4. **Adequacy of Representation**. Plaintiff will fairly and adequately represent the interests of the members of the class. Plaintiff has no conflicts of interest with, or interests that are any different from, those of the other members of the class. Plaintiff has retained competent counsel experienced in class action and other complex litigation.

5. **Appropriateness as a Class Action**. A class action is superior to all other feasible alternatives for the resolution of this matter. Individual litigation of multiple cases would be highly inefficient, a gross waste of the resources of the court and of the parties, and potentially could lead to inconsistent results that would be contrary to the interests of justice.

6. The expense and burden of individual litigation would substantially impair the ability of the class members to pursue individual cases in order to protect their rights. In the absence of a class action, Defendant will retain the benefits of its wrongdoing and the class will continue to suffer losses of statutorily protected rights as well as monetary damages if this serious wrong is not redressed. Defendant has acted or refused to act on grounds generally applicable to the entire class, thereby making appropriate relief with respect to the class as a whole.

WHEREFORE, Plaintiff, on behalf of herself and on behalf of the proposed class, respectfully requests that the Court enter an order certifying this case to proceed as a class action for the defined class and designate the named plaintiff as Class Representative and undersigned counsel as Class Counsel.

Dated: March 6, 2018                                Respectfully submitted,

                                                    /s/ Clinton A. Krislov
                                                    *Attorney for Plaintiff*

ELECTRONICALLY FILED
3/6/2018 5:26 PM
2018-CH-02994
PAGE 11 of 13

Clinton A. Krislov
Kenneth T. Goldstein
Christopher M. Hack
KRISLOV & ASSOCIATES, LTD
20 North Wacker Drive, Suite 1300
Chicago, Illinois 60606
(312) 606-0500
Firm ID No.: 91198

ELECTRONICALLY FILED
3/6/2018 5:26 PM
2018-CH-02994
PAGE 12 of 13

3

## CERTIFICATE OF SERVICE

I, Christopher M. Hack, an attorney, on oath certify that I caused a copy of the foregoing **Plaintiff's Motion for Class Certification** to be served by U.S. Mail upon The Hertz Corporation's registered agent in Illinois, C T Corporation System, 208 South LaSalle Street, Suite 814, Chicago, Illinois 60604 on March 6, 2018.

/s/ Christopher M. Hack

Clinton A. Krislov
Kenneth T. Goldstein
Christopher M. Hack
KRISLOV & ASSOCIATES, LTD.
20 North Wacker Drive, Suite 1300
Chicago, Illinois 60606
Tel.: (312) 606-0500
Fax.: (312) 606-0207
Firm ID No.: 91198

ELECTRONICALLY FILED
3/6/2018 5:26 PM
2018-CH-02994
PAGE 13 of 13

4